UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　Plaintiff.<br><br>vs.<br><br>Hassan Kanyike,<br>　　Defendant. | Case No. CR 21-00081-VAP<br><br>In Response To Motion For Sentence Reduction Pursuant To 3852(c)(2) |



FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## CLOSING BRIEF MOTION §3852(c)(2)

Pro se defendant Comes before this honorable court agreeing with the government's motion not to appose defendant's motion for an reduction of sentence.

As expressed in the government's motion joining the defendant's request, pro se defendant humbly requests this honorable court to reduce his sentence by 10 month's to 41 month's the low end of the amendment guidelines.

Pro se defendant prays this honorable court grants the relief sought pursuant to its authority under § 3852(c)(2).

Yours Faithfully,

12/12/2023

_____
Defendant In Pro Se
Hassan Shaban Kanyike
FCI #1 Victorville
P.O. BOX 3725
Adelanto, Ca. 92301

Certificate of Service

On this date December 12, 2023. I the pro se defendant hereby declare that I mailed a copy of this document to the Office Of The Clerk to be filed and electronically served upon all interested parties. _____
Hassan Shaban Kanyike

A prepaid postage addressed envelope was placed inside the mailbox to be sent VIA US Postal Services from FCI#1 Victorville.



FROM
HASSAN SHABAN KANYIKE
#21355-509
FCI - VICTORVILLE MEDIUM I
P.O. BOX 3725
ADELANTO CA 92301

CR Intake

Legal Mail

Clerk of Court
Attn: Honorable Virginia A. Phillip
Senior US District Judge
Los Angeles Federal Court House
350 West 1st Street
Los Angeles  CA 90012